1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| DENNIS HALE and LORA HALE, | Case No. 22-CV-00826-HSG |
| Plaintiffs, | |
| vs. | **ORDER AMENDING BRIEFING SCHEDULE RELATING TO CUMMINS, INC.'S RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| AIR & LIQUID SYSTEMS CORP., *et al*., | Date: September 29, 2022<br>Time: 2:00 PM |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Dept: Courtroom 2 – 4th Floor |

1 | Pursuant to the Joint Stipulation between Dennis Hale and Lora Hale (Plaintiffs), by and through their counsel, and Cummins, Inc. (Defendant), by and through its counsel, to amend the briefing schedule relating to Defendant's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction scheduled for hearing on September 29, 2022, it is hereby ordered as follows:

1. Plaintiffs' Response to be filed with the Court and served by File & ServeXpress on or before May 11, 2022.

2. Defendant's Reply to be filed with the Court and served by File & ServeXpress on or before May 18, 2022.

**IT IS SO ORDERED.**

Date: April 18, 2022

By: *(signature)*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge