1  KELLER, FISHBACK & JACKSON LLP
   Stephen M. Fishback, State Bar No. 191646
2  sfishback@KFJLegal.com
   Tenny Mirzayan, State Bar No. 233471
3  tmirzayan@KFJLegal.com
   28720 Canwood Street, Suite 200
4  Agoura Hills, CA 91301
   Tel: 818.342.7442
5  Fax: 818.342.7616

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 
   DENNIS HALE AND LORA HALE          Case No. 22-CV-00826-HSG
12
               Plaintiffs,
13                                    **ORDER DISMISSING
         vs.                          ACTION AS TO DEFENDANT
14                                    SERVICE ENGINEERING CO.**

15 AIR AND LIQUID SYSTEMS CORP. *et al.*,

16             Defendants.

17

18

19     Pursuant to the Joint Stipulation to Dismiss SERVICE ENGINEERING CO.

20 without prejudice, with each party to bear its own costs, defendant SERVICE

21 ENGINEERING CO. is hereby dismissed from this action.

22

23 **IT IS SO ORDERED.**

24
   Dated:    8/9/2022          By /s/ Haywood S. Gilliam
25                             HON. HAYWOOD S. GILLIAM, JR.
                               United States District Court Judge
26

27

28

                                1