1  KELLER, FISHBACK & JACKSON LLP
   Stephen M. Fishback, State Bar No. 191646
2  sfishback@KFJLegal.com
   Tenny Mirzayan, State Bar No. 233471
3  tmirzayan@KFJLegal.com
   28720 Canwood Street, Suite 200
4  Agoura Hills, CA 91301
   Tel: 818.342.7442
5  Fax: 818.342.7616

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11
   DENNIS HALE AND LORA HALE          Case No. 22-CV-00826-HSG
12
              Plaintiffs,
13                                     ORDER DISMISSING ACTION AS
              vs.                      TO DEFENDANT BW/IP, INC.
14

15 AIR AND LIQUID SYSTEMS CORP. et al.,

16            Defendants.

17

18

19     Pursuant to the Joint Stipulation to Dismiss BW/IP, INC., without prejudice,

20 with each party to bear its own costs, defendant BW/IP, INC. is hereby dismissed

21 from this action.

22

23 IT IS SO ORDERED.

24 Dated: _____8/9/2022_____        By _____
25                                     HON. HAYWOOD S. GILLIAM, JR.
                                       United States District Court Judge
26

27

28

1