KELLER, FISHBACK & JACKSON LLP
Stephen M. Fishback, State Bar No. 191646
sfishback@KFJLegal.com
Tenny Mirzayan, State Bar No. 233471
tmirzayan@KFJLegal.com
28720 Canwood Street, Suite 200
Agoura Hills, CA 91301
Tel: 818.342.7442
Fax: 818.342.7616

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HALE AND LORA HALE<br><br>Plaintiffs,<br><br>vs.<br><br>AIR AND LIQUID SYSTEMS CORP. *et al.*,<br><br>Defendants. | Case No. 22-CV-00826-HSG<br><br>**ORDER DISMISSING ACTION AS TO DEFENDANT KAISER GYPSUM COMPANY, INC.** |

Pursuant to the Joint Stipulation to Dismiss KAISER GYPSUM COMPANY, INC. without prejudice, with each party to bear its own costs, defendant KAISER GYPSUM COMPANY, INC. is hereby dismissed from this action.

**IT IS SO ORDERED.**

Dated: 8/9/2022

By: _/s/ Haywood S. Gilliam Jr._
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

1