1   KELLER, FISHBACK & JACKSON LLP
    Stephen M. Fishback, State Bar No. 191646
2   sfishback@KFJLegal.com
    Tenny Mirzayan, State Bar No. 233471
3   tmirzayan@KFJLegal.com
    28720 Canwood Street, Suite 200
4   Agoura Hills, CA  91301
    Tel: 818.342.7442
5   Fax: 818.342.7616

6   Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  DENNIS HALE AND LORA HALE              Case No. 22-CV-00826-HSG

12              Plaintiffs,

13        vs.                             ORDER DISMISSING ACTION AS
                                          TO DEFENDANT
14                                        FLOWSERVE US, INC., as successor-
                                          in-interest to Durametallic Corporation
15  AIR AND LIQUID SYSTEMS CORP. et al.,

16              Defendants.

17

18

19        Pursuant to the Joint Stipulation to Dismiss FLOWSERVE US, INC., as

20  successor-in-interest to Durametallic Corporation, without prejudice, with each

21  party to bear its own costs, defendant FLOWSERVE US, INC., as successor-in-

22  interest to Durametallic Corporation is hereby dismissed from this action.

23

24  IT IS SO ORDERED.

25
    Dated: ___ August 9, 2022              By _____
26                                         HON. HAYWOOD S. GILLIAM, JR.
                                           United States District Court Judge
27

28

                                          1