1  KELLER, FISHBACK & JACKSON LLP
   Stephen M. Fishback, State Bar No. 191646
2  sfishback@KFJLegal.com
   Tenny Mirzayan, State Bar No. 233471
3  tmirzayan@KFJLegal.com
   28720 Canwood Street, Suite 200
4  Agoura Hills, CA 91301
   Tel: 818.342.7442
5  Fax: 818.342.7616

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DENNIS HALE AND LORA HALE              Case No. 22-CV-00826-HSG

12              Plaintiffs,

13                                         [PROPOSED] ORDER DISMISSING
            vs.                            ACTION AS TO DEFENDANT
14                                         GARDNER DENVER, INC.,
                                           individually and as successor-in-interest
15  AIR AND LIQUID SYSTEMS CORP. et al.,   to Joy Manufacturing Co.

16              Defendants.

17

18        Pursuant to the Joint Stipulation to Dismiss GARDNER DENVER, INC.,

19  individually and as successor-in-interest to Joy Manufacturing Co., without

20  prejudice, with each party to bear its own costs, defendant GARDNER DENVER,

21  INC., individually and as successor-in-interest to Joy Manufacturing Co. is hereby

22  dismissed from this action.

23

24  IT IS SO ORDERED.

25  Dated:    8/9/2022              By _____
26                                     HON. HAYWOOD S. GILLIAM, JR.
                                       United States District Court Judge
27

28

                                    1