1  KELLER, FISHBACK & JACKSON LLP
   Stephen M. Fishback, State Bar No. 191646
2  sfishback@KFJLegal.com
   Tenny Mirzayan, State Bar No. 233471
3  tmirzayan@KFJLegal.com
   28720 Canwood Street, Suite 200
4  Agoura Hills, CA  91301
   Tel:  818.342.7442
5  Fax:  818.342.7616

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DENNIS HALE AND LORA HALE              Case No. 22-CV-00826-HSG

12              Plaintiffs,

13                                        **ORDER DISMISSING ACTION AS
                                          TO DEFENDANT VOLVO
14    vs.                                 TRUCKS NORTH AMERICA, INC.**

15 AIR AND LIQUID SYSTEMS CORP. *et al.*,

16              Defendants.

17

18

19        Pursuant to the Joint Stipulation to Dismiss VOLVO TRUCKS NORTH

20 AMERICA, INC. without prejudice, with each party to bear its own costs,

21 defendant VOLVO TRUCKS NORTH AMERICA, INC. is hereby dismissed from

22 this action.

23

24 **IT IS SO ORDERED.**

25 Dated: ___8/10/2022___          By _____
26                                    HON. HAYWOOD S. GILLIAM, JR.
                                      United States District Court Judge
27

28

                                     1