KELLER, FISHBACK & JACKSON LLP
Stephen M. Fishback, State Bar No. 191646
sfishback@KFJLegal.com
Tenny Mirzayan, State Bar No. 233471
tmirzayan@KFJLegal.com
28720 Canwood Street, Suite 200
Agoura Hills, CA 91301
Tel: 818.342.7442
Fax: 818.342.7616

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HALE AND LORA HALE<br><br>Plaintiffs,<br><br>vs.<br><br>AIR AND LIQUID SYSTEMS CORP. *et al.*,<br><br>Defendants. | Case No. 22-CV-00826-HSG<br><br>**ORDER DISMISSING ACTION AS TO DEFENDANT IMO INDUSTRIES INC.** |

Pursuant to the Joint Stipulation to Dismiss IMO INDUSTRIES INC., without prejudice, with each party to bear its own costs, defendant IMO INDUSTRIES INC. is hereby dismissed from this action.

**IT IS SO ORDERED.**

Dated: ___8/10/2022___    By: _/s/ Haywood S. Gilliam Jr._
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

1