UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HALE AND LORA HALE<br><br>    Plaintiffs,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>    Defendants. | No. 4:22-cv-00826-HSG<br><br>**ORDER DISMISSING ACTION AS TO DEFENDANT FOSTER WHEELER LLC, f/k/a FOSTER WHEELER USA CORPORATION** |

Pursuant to the Joint Stipulation to Dismiss FOSTER WHEELER LLC, f/k/a FOSTER WHEELER USA CORPORATION, with prejudice, with each party to bear its own costs, defendant FOSTER WHEELER LLC, f/k/a Foster Wheeler USA Corporation is hereby dismissed from this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: 8/10/2022

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

---
1
ORDER DISMISSING DEFENDANT FOSTER WHEELER LLC, f/k/a FOSTER WHEELER USA CORPORATION