UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CAIFORNIA

| | |
|---|---|
| DENNIS HALE and LORA HALE,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>Defendants. | Case No. 4:22-cv-00826-HSG<br>Removed from San Francisco Superior Court<br>Case No. CGC-21-276981<br><br>*Assigned to Hon. Haywood S. Gilliam*<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint Filed: November 15, 2021<br>Removed to NDCA: February 8, 2022 |

IT IS HEREBY ORDERED that pursuant to Plaintiffs' Request for Dismissal, the entire action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 12, 2022

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge